IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHERINE THORNE, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOEWS PHILADELPHIA HOTEL, INC. | : | No. 15-3837 |
| et al., | : | |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 26th day of July, 2016, upon consideration of the Defendants' Motion to Compel Deposition and Testimony of Defendant Jerome McNeill (Docket No. 55), Plaintiff's Response thereto (Docket No. 60), and Mr. McNeill's failure to respond, and following oral argument on July 11, 2016, **it is HEREBY ORDERED** that the Motion (Docket No. 55) is **GRANTED**. Mr. McNeill shall appear for a continuation of his May 24, 2016 deposition within 30 days of the date of this Order. At that deposition, Mr. McNeill shall not invoke the Fifth Amendment in response to any questions by counsel for the other parties to this suit in absence of a ruling to the contrary by the Court as to specific proposed questions.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge